*Pro Se 2 2022*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Jeffery Aristotle Pecoraro,

Plaintiff(s),

v.

State of Washington,

Defendant(s).

CASE NO. 3:24-cv-05045-TMC
[to be filled in by Clerk's Office]

COMPLAINT AND REQUEST FOR INJUNCTION

## I. THE PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

| | |
|---|---|
| Name | Jeffery Aristotle Pecoraro |
| Street Address | 1200 S 237th Lane Unit 1703 |
| City and County | Des Moines King County |
| State and Zip Code | Washington 98198 |
| Telephone Number | (425) 615-6073 |

COMPLAINT AND REQUEST FOR INJUNCTION - 1

*Pro Se 2 2022*

B. The Defendant(s)

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

| | |
|---|---|
| Name | State of Washington |
| Job or Title *(if known)* | Bob Ferguson Attorney General |
| Street Address | 1125 Washington St SE PO Box 40100 |
| City and County | Olympia  Thurston County |
| State and Zip Code | Washington 98504-0100 |
| Telephone Number | (360) 753-6200 |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

COMPLAINT AND REQUEST FOR INJUNCTION - 2

Pro Se 2 2022

Defendant No. 4

    Name _____

    Job or Title *(if known)* _____

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

## II. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(select all that apply)*

☑ Federal question:  ☐ Diversity of citizenship:
   If checked complete section A.     If checked complete section B.

Fill out the paragraphs in this section that apply to this case.

A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *Attach additional pages if needed.*

> (1) 8 U.S.C. § 1448: Oath of Allegiance by non-citizens classified as non-elected state officers; (2) U.S. Const. art. IV, § 4: Non-citizen governance is repugnant to the republic form of government; (3) U.S. Const. art. VI, § 2-3: Substitute Senate Bill 5753, signed into law in 2022, removed citizenship requirements for non-elected governing roles; (4) U.S. Const. amend. IX: The framers could not have predicted or imagined elected officials would pervert the system by appointing non-citizens to carry out the People's business; (5) U.S. Const. amend. X: the People have the exclusive right to determine who may govern; and (6) U.S. Const. amend. XIV: non-citizens may not render judgment against citizens or formulate public policy.

COMPLAINT AND REQUEST FOR INJUNCTION - 3

*Pro Se 2 2022*

B.  If the Basis for Jurisdiction Is Diversity of Citizenship

    1.  The Plaintiff(s)

        a.  If the plaintiff is an individual.

The plaintiff (*name*) _____, is a citizen of the State of (*name*) _____.

        b.  If the plaintiff is a corporation.

The plaintiff, (*name*) _____, is incorporated under the laws of the State of (*name*) _____, is incorporated under the laws of the State of (*name*) _____, and has its principal place of business in the State of (*name*) _____.

(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

    2.  The Defendant(s)

        a.  If the defendant is an individual.

The defendant, (*name*) _____, is a citizen of the State of (*name*) _____. Or is a citizen of (*foreign nation*) _____.

        b.  If the defendant is a corporation.

The defendant, (*name*) _____, is incorporated under the laws of the State of (*name*) _____, and has its principal place of business in the State of (*name*) _____.

Or is incorporated under the laws of (*foreign nation*) _____, and has its principal place of business in (*name*) _____.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

COMPLAINT AND REQUEST FOR INJUNCTION - 4

Pro Se 2 2022

### III.   THE AMOUNT IN CONTROVERSY

The amount in controversy – the amount the plaintiff claims the defendant owes or the amount at stake – is more than $75,000, not counting interest and costs of court, because (*explain*). *Attach additional pages if needed*:

### IV.   STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

A.  Where did the events giving rise to your claim(s) occur?

> The Washington State Legislature passed Substitute Senate Bill 5753, and was signed into law in 2022, taking place in Olympia, Wash.

B.  What date and approximate time did the events giving rise to your claim(s) occur?

> The president of the state senate, along with the speaker of the house, signed the legislation on March 10, 2022. The governor signed Substitute Senate Bill 5753 into law on March 30, 2022.

C.  What are the facts underlying your claim(s)? (*For example: what happened to you? Who did what? Was anyone else involved? Who else saw what happened?*)

> The state courts were given the opportunity to reverse this law, litigated on Wash. Const. principles, that allows for gubernatorial appointment of non-citizens to governing roles that have an inherent authority over sovereign citizens of the United States. Unfortunately, proceedings were terminated when the Wash. Supreme Court declined to review the appellate court's holding that Washingtonians do not have the right to be governed by citizens, despite contrary state and federal case law.

COMPLAINT AND REQUEST FOR INJUNCTION - 5

Pro Se 2 2022

## V. IRREPARABLE INJURY

*Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured. Attach additional pages if needed.*

The People decided to have a unique system of government by establishing a federal and state jurisdictional "... government of the United States, and defined its powers by a constitution, which they adopted as its fundamental law, and made its rule of action". United States v. Cruikshank, 92 U.S. 542, 550, 23 L. Ed. 588 (1875). At the foundation of this republic form of government is the fundamental tenet that citizens, exclusively, have the right to hold public office with the power to govern, as enshrined in both federal and state constitutions. There can be no greater threat to the People than that of foreign nationals formulating public policy and adjudicating issues of said policy.

## VI. RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Attach additional pages if needed.*

Pecoraro requests an injunction against the State of Washington to prevent non-citizen governance and to preserve the People's "...choice, and right, of the people to be governed by their citizen peers." Foley v. Connelie, 435 U.S. 291, 296, 98 S. Ct. 1067, 1071, 55 L. Ed. 2d 287 (1978). Furthermore, foreign actors with an understanding of how our republic functions, can easily seek appointment which can lead to unknown and insurmountable harm this nation has never encountered. The People have neither consented to alien governance nor relinquished their political rights which need to be protected from the state.

## VII. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*Pro Se 2 2022*

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: January 14, 2024

Signature of Plaintiff: *[signed]*

Printed Name of Plaintiff: Jeffery Aristotle Pecoraro, Pro Se

Date of signing: _____

Signature of Plaintiff: _____

Printed Name of Plaintiff: _____

Date of signing: _____

Signature of Plaintiff: _____

Printed Name of Plaintiff: _____